# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2020

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**Re:** **United States v. Douglas Castle**
**18 Cr. 531 (KMK)**

Dear Judge Karas,

We filed a compassionate release motion in the above-captioned case on May 9, 2020 and the government responded on May 15, 2020. Dkt. Nos. 44, 45. Yesterday, the Court ordered Mr. Castle to file any reply by today, May 20. I write to request that the Court extend that deadline to tomorrow, May 21. Undersigned counsel has another brief due today and the extra day will enable me to turn my full attention to Mr. Castle's application.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

Granted.

So Ordered.

5/20/20