UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA  :  **FINAL ORDER OF FORFEITURE**

-v.-  :  18 Cr. 531 (KMK)

DOUGLAS E. CASTLE,

Defendant.

------------------------------------- X

On or about January 31, 2019 this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 29) with respect to the Defendant, imposing a money judgment in the amount of $825,000.00 in United States currency against the Defendant and forfeiting to the United States all right, title, and interest of the Defendant in the following specific property.

a. Any and all funds in account number 561782624838 held in the name of Shengton Technology Limited located at HSBC in Hong Kong (the "HSBC Account"); and

b. Any and all funds in account number 201106696230 held in the name of Nicholas Anamo located at Guaranty Trust Bank in Ghana.

(a. and b. collectively, the "Specific Property")

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable,

provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property.

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 12, 2019 for thirty (30) consecutive days, through April 10, 2019, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 23, 2025 (D.E. 74);

WHEREAS, on or about March 21 2019, August 23, 2019 and September 3, 2019, notice of the Preliminary Order of Forfeiture was sent by Federal Express to:

Douglas Castle
Somers, NY 10589

Rachel Martin
Office of the Federal Public Defender
52 Duane Street
New York, NY 10007

The Hongkong and Shanghai Banking Corporation Limited
PO Box 73770 Kowloon Central Post Office

Shengton Technology Limited
Shenzhen Shi Luohu Qu Yinhu Lu Jin Hu Yi Jie 38, HAO, China

Case 7:18-cr-00531-KMK   Document 75-1   Filed 07/22/25   Page 3 of 4

Shengton Technology Limited
8D Building 24 Zhaoshan Yi Shan Jun Residential Longgan District China;

(the "Noticed Parties");

WHEREAS, on or about December 11, 2019, Gen Ma (the "Petitioner"), the purported owner of Shengtong Technology Ltd. In China, filed a Petition asserting an interest in the HSBC Account (the "Petition")(D.E. 36.)

WHEREAS, on or about July 20, 2020, the Court entered an Order dismissing the Petition (D.E. 59);

WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest in the Specific Property and no other claim, other than the Petition, have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       July __23__, 2025

                                      SO ORDERED:

                                      HONORABLE KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE